NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MICHAEL MILLER,**
*Petitioner,*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent.*

---

2014-3137

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-13-0504-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert Michael Miller moves to file electronically in this case.

The Administrative Order relating to electronic filing in this court states that a pro se party must file documents in paper form.  Administrative Order Regarding Electronic Case Filing ECF-8(A).  In accordance with the Administrative Order, however, Miller may attempt to agree in writing with counsel for the government to electronic service between himself and FDIC.  Even if the

2                                              MILLER v. FDIC

parties reach such an agreement, however, Miller must still file documents with this court in paper form.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30